# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN ROMANO,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST MIDWEST BANCORP, INC., FIRST MIDWEST BANK, and PETER HALEAS<br><br>        Defendants. | CASE NO.: 1:20-CV-07268<br><br>JUDGE JOAN H. LEFKOW<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

## FIRST MIDWEST DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO EXCEED PAGE LIMITS

Defendants First Midwest Bancorp, Inc. and First Midwest Bank (collectively, "**First Midwest**"), by and through their undersigned counsel, move this Court for leave to file a Memorandum in Support of their Motion for Summary Judgment of up to 30 pages, in excess of the 15-page limit set in Local Rule 7.1. In support of this motion, First Midwest states as follows:

1. Motions for Summary Judgment are due by May 17, 2022. (ECF 58).

2. First Midwest plans to move for summary judgment on each of Plaintiff's four claims for alleged violation of the Illinois Wage Payment and Collection Act (Count I), breach of contract (Count II), promissory estoppel (Count III), and unjust enrichment (Count IV).

3. First Midwest plans to make multiple arguments and sub-arguments as to Counts II, III, and IV. Moreover, Plaintiff seeks to recover two separate and distinct forms of damages, with different theories of recovery, in each count, which will require First Midwest to address these damages separately, in many instances.

4. In order to provide the Court with a complete set of arguments and supporting legal authority, First Midwest requests that the Court grant First Midwest leave to file a Memorandum in Support of Summary Judgment of up to 30 pages, in excess of the 15-page limit under LR 7.1.

5. Before filing this motion, First Midwest's counsel conferred with Plaintiff's counsel, and Plaintiff's counsel confirmed that Plaintiff does not oppose this motion or the request for leave to exceed the page limits.

WHEREFORE, First Midwest respectfully requests that this Court enter an Order granting First Midwest leave to file a Memorandum in Support of Motion for Summary Judgment of up to 30 pages.

Dated: May 10, 2022

Respectfully submitted,

/s/ Matthew J. Caccamo
Matthew J. Caccamo (#6282605)
mcaccamo@bakerlaw.com
John S. Letchinger (#6207361)
jletchinger@bakerlaw.com
One North Wacker Drive
Suite 4500
Chicago, IL 60606-2841
Telephone: 312.416.6200
Facsimile: 312.416.6201

*Counsel for Defendants First Midwest Bancorp, Inc. and First Midwest Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/ Matthew J. Caccamo*
Matthew J. Caccamo