**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Stephen M Romano

                              Plaintiff,

v.                                            Case No.: 1:20−cv−07268
                                                Honorable Joan H. Lefkow

First Midwest Bancorp, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion for leave to file excess pages [59] is granted. The memorandum may be filed up to 30 pages in length. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.